# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149457 & (5)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FREDERICK L. FELDKAMP and
JUDITH FELDKAMP,
　　　　　Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
　　　　　Defendant-Appellee.

SC:　149457
COA:　321735
Ct Claims:　14-000012-MT

_____/

　　　　On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.　The motion for peremptory reversal is DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



Clerk

p0721